Gustave F. DELAIR v. Anna HAMMERSTEIN, as sole Excx., etc. (Supreme Court,

ppellate Division, First Department. May 26, 916.) Motion to dismiss appeal granted, with 10 costs. Order filed.